| | |
|---|---|
| 1 | GEOFFREY A. HANSEN |
| | Acting Federal Public Defender |
| 2 | JEROME E. MATTHEWS |
| | Assistant Federal Public Defender |
| 3 | 555 - 12th Street |
| | Suite 650 |
| 4 | Oakland, CA 94607-3627 |
| | Telephone: (510) 637-3500 |
| 5 | |
| | Counsel for Defendant MICHAEL BACA |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 4-12-70541 MAG [DMR] |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| vs. | ) | CONTINUING DETENTION HEARING |
| | ) | |
| MICHAEL BACA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Michael Baca presently is scheduled to appear before the Court for further detention hearing on 22 June 2012. A mental health evaluation of Mr Baca has been requested, but Pretrial Services has informed the parties that the psychologist is unable to conduct the evaluation until 21 June. In order to give the psychologist adequate time to prepare his report, and for the Court to consider it, IT IS STIPULATED AND AGREED that the detention hearing be continued to 27 June at 9:30 a.m. IT IS FURTHER STIPULATED AND AGREED that Mr Baca waives time for preliminary hearing or indictment pursuant to Fed. R. Crim. P. 5.1(d), to and including that date.

STIP/ORD 1

SO STIPULATED.

/s/

Dated: June 21, 2012  _____
JEROME E. MATTHEWS
Assistant Federal Public Defender

/s/

Dated: June 21, 2012  _____
MATTHEW McCARTHY
Assistant United States Attorney

Good cause appearing therefor, IT IS ORDERED that the detention hearing be continued to 27 June at 9:30 a.m. The Court also finds that Mr Baca waives time for preliminary hearing or indictment pursuant to Fed. R. Crim. P. 5.1(d), to and including that date.

SO ORDERED.

Dated: June 22, 2012  _____
DONNA M. RYU
United States Magistrate Judge